UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARCUS DERON WHITE,

Plaintiff,

v.                                                          Case No. 17-cv-1259-pp

CITY OF MILWAUKEE, MICHAEL MARTIN,
DUSTIN FRANK, AND STEVEN KUSPA,

Defendants.

## ORDER DISMISSING CASE

On April 16, 2019, the parties filed a stipulation of dismissal. Dkt. No. 41. The court **APPROVES** the stipulation and **ORDERS** that all claims raised by plaintiff Marcus D. White in this case may be **DISMISSED**, upon their merits, and with prejudice, but without additional costs to any party.

Dated in Milwaukee, Wisconsin this 18th day of April, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**